Kate Tarlow et al., Respondents, *v.* J. E. Archbell et al.,
Defendants; Philip Morris & Co., Ltd., Incorporated,
Respondent, and O. H. Chalkley et al., Appellants.

Submitted March 11, 1946; decided April 18, 1946.

*Morris Gottlieb* for motion.

*Harold F. McGuire* opposed.

Motion denied.